UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: DEBORAH K. SCHLUSSEL,           Misc. No. 25-51168

    Petitioner.                               Hon. Matthew F. Leitman
                                                      Hon. Linda V. Parker
                                                      Hon. Robert J. White
_____/

## ORDER DIRECTING RESPONDENT TO ADDRESS THE STATUS OF ORDERS THAT APPEAR TO HAVE BEEN ENTERED AGAINST HER BY THE MICHIGAN ATTORNEY DISCIPLINE BOARD

On September 17, 2025, the Chief Judge of this Court appointed the undersigned Judges to serve as the hearing panel for the Court in connection with a disciplinary referral concerning Respondent Deborah K. Schlussel. As the Panel was preparing to begin its work, the Panel learned that the Michigan Attorney Discipline Board (the "ADB") appears to have issued two orders that, if in effect, are relevant to Respondent's ability to practice law in this Court. First, it appears that on May 29, 2025, the ADB entered an order affirming a 30-day suspension of Respondent's license to practice law in the State of Michigan. *See* https://records.adbmich.org/adbmich/op/en/item/7414/index.do (last visited Sept. 19, 2025). Second, it appears that on August 8, 2025, the ADB entered an order denying Respondent's motion for reconsideration of its May 29 order. *See* https://records.adbmich.org/adbmich/op/en/item/7450/index.do (last visited Sept. 19, 2025). The second order provided, among other things, that Respondent's

1

license to practice law in the State of Michigan was suspended "EFFECTIVE September 6, 2025." *Id.*

Local Rule 83.22(g)(1) provides: "On receipt of written notice that another jurisdiction imposed discipline against an attorney admitted to practice in this court, the chief judge will enter an order imposing the same discipline, effective as of the date that the discipline was effective in the other jurisdiction. If the discipline imposed in the other jurisdiction has been stayed there, the Court may defer discipline until the stay expires. If the order of discipline includes a period of suspension or disbarment, an attorney may be reinstated to this court only by application pursuant to LR 83.22(i)(1)." Here, if the ADB has issued the above-identified orders and if they are in effect, then Local Rule 83.22(i)(1) requires the entry of an order by the Chief Judge (1) suspending Respondent from practicing law in this Court for thirty days and (2) providing that Respondent may be reinstated only through the process set forth in Local Rule 83.22(i)(1). However, the Panel believes that before this matter is referred to the Chief Judge for entry of an order under Local Rule 83.22, Respondent should be given an opportunity to address whether the ADB has entered the above-described orders and whether they remain in effect. Accordingly, **IT IS HEREBY ORDERED** that Respondent shall inform the Panel in writing by not later than **October 2, 2025**, whether (1) the ADB did, in fact, issue the above-identified orders and (2) the orders remain in effect.

After the Panel reviews Respondent's response to this order, if any, the Panel will consider whether it is necessary and/or appropriate to move ahead with these proceedings.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

s/Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE

s/Robert J. White
ROBERT J. WHITE
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126