UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: DEBORAH K. SCHLUSSEL,   Misc. No. 25-51168

    Petitioner.   Hon. Matthew F. Leitman
                                                                Hon. Linda V. Parker
                                                                Hon. Robert J. White
_____/

## ORDER STAYING PROCEEDINGS AND DIRECTING RESPONDENT TO NOTIFY COURT OF DECISION ON HER APPEAL TO THE MICHIGAN SUPREME COURT

The Judges of this Panel have been assigned to conduct disciplinary proceedings concerning Respondent Deborah K. Schlussel. As the Panel has previously noted, the Michigan Attorney Discipline Board (the "ADB") has issued an order suspending Respondent's license to practice law in Michigan state courts. Respondent has informed the Panel that she has filed an appeal of the ADB suspension order with the Michigan Supreme Court. The Panel concludes that a stay of these proceedings would best serve the efficient administration of justice. The ADB suspension order, if it remains in place, would lead to Respondent's automatic suspension from practice in this Court. And in the event of such an automatic suspension, it may be unnecessary for the Panel to adjudicate the disciplinary claims now pending against her.

Accordingly, **IT IS HEREBY ORDERED** that these proceedings are **STAYED** until further order of the Panel.

**IT IS FURTHER ORDERED** that Respondent shall file written notice on the docket of any decision by the Michigan Supreme Court in which that court determines whether to hear Respondent's appeal from the ADB suspension order and/or rules on any aspect of the merits of that appeal.  Respondent shall file such notice on the docket within three business days after the Michigan Supreme Court issues its order or decision.  Respondent shall include with her notice a copy of the order and/or decision issued by the Michigan Supreme Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

s/Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE

s/Robert J. White
ROBERT J. WHITE
UNITED STATES DISTRICT JUDGE

Dated:  October 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126