UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: DEBORAH K. SCHLUSSEL,                    Misc. No. 25-51168

    Petitioner.                                Hon. Matthew F. Leitman
                                                                 Hon. Linda V. Parker
                                                                 Hon. Robert J. White
_____/

## ORDER TERMINATING DISCIPLINARY PROCEEDINGS AS MOOT

On September 17, 2025, Chief Judge Stephen J. Murphy appointed this Panel to conduct disciplinary proceedings with respect to attorney Deborah K. Schlussel. The proceedings resulted from a referral by another Judge on this Court. After the Panel began its work, the Panel learned that Ms. Schlussel was the subject of disciplinary proceedings in connection with her license to practice law in the State of Michigan (the "Michigan Proceedings"). The Panel thereafter paused these proceedings pending the outcome of the Michigan Proceedings. The Michigan Proceedings have now concluded with a 30-day suspension of Ms. Schlussel from the practice of law in the State of Michigan. Under this Court's Local Rule 83.22(g)(1), that suspension will trigger an automatic suspension of Ms. Schlussel from the practice of law before this Court. And pursuant to Local Rule 83.22(i)(1), Ms. Schussel may be reinstated to practice before this Court only if a Panel of Judges deems her fit to do so. Under these circumstances, the Panel concludes that there is

1

no independent need to move ahead with these proceedings. Accordingly, these proceedings are **TERMINATED AS MOOT**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

s/Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE

s/Robert J. White
ROBERT J. WHITE
UNITED STATES DISTRICT JUDGE

Dated:  January 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126